Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFRY A. COLLINS, an individual;<br><br>Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLULTIONS, INC., a foreign corporation;<br><br>Defendant. | Case No.: 2:18-cv-00570-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Plaintiff, Jeffrey A. Collins ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (the "Parties") have resolved all claims, disputes, and differences between the Parties. Therefore, Plaintiff and Experian, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a), with Plaintiff and Experian bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: September 12, 2018

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: September 12, 2018

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@nblawnv.com
asharples@nblawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc. Solutions, Inc.*

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the Parties under FRCP 41(a), Experian is dismissed with prejudice. Plaintiff and Experian will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

**DATED** this  14  day of Spetember, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court